BLANK ROME LLP
Attorneys for Defendants
Richard V. Singleton II (RS-9489)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OPTICAL COMMUNICATIONS GROUP, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>M/V AMBASSADOR, its engines, boilers, furniture, tackle, apparel, etc., *in rem* and MARBULK CANADA INC., *in personam*,<br><br>Defendants. | 11 Civ. 4439 (NRB)<br><br>**RULE 7.1 STATEMENT** |

Defendants, M/V AMBASSADOR AND MARBULK CANADA INC., by its attorneys, Blank Rome LLP, certify pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that it has no parents or subsidiaries that issues shares to the public.

Dated: New York, New York
       July 20, 2011

                                        BLANK ROME LLP
                                        Attorneys for Defendants M/V AMBASSADOR
                                        AND MARBULK CANADA INC.

                                        By: _____
                                        Richard V. Singleton II (RS-9489)
                                        The Chrysler Building
                                        405 Lexington Avenue
                                        New York, NY 10174-0208
                                        (212) 885-5000