BLANK ROME LLP
Attorneys for Defendants
Richard V. Singleton II (RS-9489)
The Chrysler Building
405 Lexington Avenue
New York, NY  10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OPTICAL COMMUNICATIONS GROUP, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>M/V AMBASSADOR, its engines, boilers, furniture, tackle, apparel, etc., *in rem* and MARBULK CANADA INC., *in personam*,<br><br>Defendants. | 11 Civ. 4439 (NRB) |

### VERIFIED STATEMENT OF RIGHT AND INTEREST BY OWNER MARBULK CANADA INC.

Pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims ("Supplemental Rules"), Marbulk Canada Inc. ("Marbulk"), through its attorneys Blank Rome LLP, now appears and states that it was at the time of filing of the Complaint herein, and still is, the true and *bona fide* owner the M/V AMBASSADOR, her tackle, etc. and by its appearance herein makes claim to said vessel.

Wherefore, Marbulk intends to defend this action on behalf of the M/V AMBASSADOR and demonstrate that there is no lien or otherwise any grounds to impose liability on the M/V AMBASSADOR.

134508.00601/7036648v.1

All papers served in this matter by any party should be directed to the undersigned counsel for Marbulk.

New York, New York
Dated: July 20, 2011

                                        BLANK ROME LLP
                                        Attorneys for Defendants M/V
                                        AMBASSADOR AND MARBULK
                                        CANADA INC.

                                        By: _____
                                        Richard V. Singleton II (RS-9489)
                                        The Chrysler Building
                                        405 Lexington Avenue
                                        New York, NY 10174-0208
                                        (212) 885-5000

To:    Michael E. Stern, Esq.
        Rubin, Fiorella & Friedman LLP
        292 Madison Avenue, 11th Floor
        New York, NY 10017

134508.00601/7036648v.1

## VERIFICATION

Richard V. Singleton, being duly sworn, deposes and says:

1. I am a member of Blank Rome LLP, attorneys for Marbulk Canada Inc. ("Marbulk"), and a member of the Bar of this Court.

2. By the foregoing Verified Statement of Right or Interest by Owner, Marbulk asserts an ownership interest in the M/V AMBASSADOR which is the subject of Plaintiff's Complaint herein.

3. I am fully authorized by Marbulk to make this affidavit on its behalf.

4. I have read the attached Verified Statement of Right or Interest By Owner and know the contents thereof, and it is true and correct based upon my investigation and the information provided to me by Marbulk.

_____
Richard V. Singleton

Sworn to before me this
20th day of July 2011

_____
Notary Public

LESCENE GIBBONS
Notary Public, State of New York
No. 01GI6044509
Qualified in New York County
Commission Expires ~~July 10, 20~~
Aug. 25, 2014

3

134508.00601/7036648v.1