# RUBIN, FIORELLA & FRIEDMAN LLP

ATTORNEYS AT LAW
292 MADISON AVENUE
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 953-2381
FACSIMILE: (212) 953-2462

WRITER'S DIRECT DIAL: (212) 447-4615
E-MAIL: Mstern@RUBINFIORELLA.COM

**MEMO ENDORSED**

August 5, 2011

*Via Facsimile (212) 805-7927*

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl St., Courtroom 21A
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/10/11

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
AUG - 5 2011
UNITED STATES COURT JUDGE

Re:   Optical Communications Group, Inc. v. M/V AMBASSADOR
      Docket No. 11 Civ. 4439 (NRB)

Dear Judge Buchwald:

**MEMO ENDORSED**

We represent plaintiff Optical Communications Group in the above matter. We write with the consent and agreement of counsel for defendants to reschedule the initial conference before Your Honor scheduled for August 16 at 4:00 p.m. due to a medical appointment at 2:30 which will conflict with the 4:00 p.m. conference. We are both available in the morning on August 16, the morning of August 17 and all day on the 18th and 19th and August 30 and 31.

We thank Your Honor for Your consideration.

Respectfully,

Michael E. Stern

*The conference is adjourned until 11:30 am on August 16, 2011.*

*So Ordered.*
*[signature] Naomi Reice Buchwald, USDJ*
*8/9/11*

cc: Richard V. Singleton (*Via Facsimile (917) 332-3734*).