**MEMO ENDORSED**



BLANK ROME LLP
COUNSELORS AT LAW

Phone: (212) 885-5166
Fax: (917) 332-3734
Email: RSingleton@BlankRome.com



RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD

MAY - 3 2012

UNITED STATES COURT JUDGE

May 3, 2012

**BY FACSIMILE**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/11/2012

The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl St., Courtroom 21A
New York, NY 10007-1312

Re: *Optical Communications Group, Inc. v. M/V AMBASSADOR, et al.*
Docket No. 11 Civ. 4439 (NRB)
Our Reference No. 134508-00601

Dear Judge Buchwald:

We represent the Defendants in the above-referenced matter, and we refer to Plaintiff's "Reply" which was filed April 30, 2012. Plaintiff raises arguments not raised in its initial submissions and cites to cases not previously cited by Plaintiff or by Defendants. We therefore request permission to file a short sur-reply to address these points. A copy of the proposed sur-reply is attached.

Respectfully submitted,

Richard V. Singleton

*Application granted.*

*[signed] Naomi Reice Buchwald, USDJ*
*5/10/12*

**MEMO ENDORSED**

RVS/nmc
Enclosure
cc: Michael E. Stern, Esq. (w/ enclosure)