```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
OPTICAL COMMUNICATIONS GROUP, INC.,

                        Plaintiff,

            - against -                    11 Civ. 4439 (NRB)

M/V AMBASSADOR, its engines,               ORDER
boilers, furniture, tackle,
apparel, etc., in rem, and MARBULK
CANADA, INC., in personam,

                        Defendants.
----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2012

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

On February 27, 2012, plaintiff submitted a declaration in support of an application for discovery pursuant to Federal Rule of Civil Procedure 56(d). Having reviewed both plaintiff's papers and defendant's opposing papers, we deny plaintiff's application without prejudice to its renewal following defendant's motion for summary judgment, which we grant defendant leave to file. We further direct counsel for plaintiff and defendant to submit a briefing schedule for the motion for summary judgment, which must not provide for more than sixty days between defendant's moving and reply papers.

**SO ORDERED.**

Dated:   New York, New York
         June 14, 2012

                                         _____
                                         NAOMI REICE BUCHWALD
                                         UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to the following:

<u>Attorneys for Plaintiff</u>:
Michael E. Stern, Esq.
Rubin, Fiorella & Friedman, L.L.P.
292 Madison Avenue, 11th Floor
New York, NY 10017

<u>Attorneys for Defendants</u>:
Richard V. Singleton, Esq.
Blank Rome L.L.P.
405 Lexington Avenue
New York, NY 10174