# MEMO ENDORSED

## BLANK ROME LLP
COUNSELORS AT LAW

*Phone:* (212) 885-5166
*Fax:* (917) 332-3734
*Email:* RSingleton@BlankRome.com

July 13, 2012

**BY FACSIMILE – (212) 805-7927**


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/2012

The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl St., Courtroom 21A
New York, NY 10007-1312

    Re:   *Optical Communications Group, Inc. v. M/V AMBASSADOR, et al.*
           Docket No. 11 Civ. 4439 (NRB)
           Our Reference No. 134508-00601

Dear Judge Buchwald:

    We refer to Plaintiff's counsel's letter of yesterday. Due to the fact that it has been two weeks since my initial proposal to get to this point, we would ask that the Court add 10 days to the schedule as follows:

        August 9 for Defendants' moving brief

        September 10 for the Plaintiff's opposition brief; and

        September 25 for Plaintiff's Reply.

*The briefing dates are hereby modified.*
*Naomi Reice Buchwald*
*USDJ*
*July 16, 2012*

    In addition, we would ask that the Court rule that any renewed rule 56(d) motion be made after the briefing on summary judgment is complete. The parties have just fully briefed Plaintiff's Rule 56 motion and the Court denied it. It would be an unnecessary waste of time for Plaintiff to rebrief its application in its opposition to Defendants' motion, requiring Defendants to again respond in the context of Defendants' motion. The sensible alternative would be for the parties to completely brief the motion for summary judgment. If Plaintiff then still believes it requires additional discovery to respond to the motion, it can apply to the Court for permission to renew its Rule 56 motion. The Court at that time can better evaluate the merits of any such application.

**BLANK ROME LLP**
COUNSELORS AT LAW

The Honorable Naomi Reice Buchwald
July 13, 2012
Page 2

Respectfully submitted,

*/s/ Richard V. Singleton*

Richard V. Singleton

RVS/nmc
cc: Michael E. Stern, Esq. (via e-mail)

134508.00601/7145601v.1