BLANK ROME LLP
Attorneys for Defendants
Richard V. Singleton II
Alan M. Weigel
The Chrysler Building
405 Lexington Avenue
New York, NY  10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OPTICAL COMMUNICATIONS GROUP, INC., <br><br> Plaintiff, <br><br> -against- <br><br><br> M/V AMBASSADOR, its engines, boilers, furniture, tackle, apparel, etc., *in rem* and MARBULK CANADA INC., *in personam*, <br><br> Defendants. | 11 Civ. 4439 (NRB) <br><br><br><br><br> **NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

**PLEASE TAKE NOTICE** that, upon the annexed affidavits and exhibits, the accompanying Local Rule 56.1 Statement, the accompanying memorandum of law and all prior pleadings and proceedings herein, the undersigned attorneys for Defendants M/V AMBASSADOR, *in rem* and MARBULK CANADA INC. will move this Court before the Honorable Naomi Reice Buchwald, in Courtroom 21A at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on the 28th day of September 2012, or as soon thereafter as counsel may be heard, for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment in favor of Defendants dismissing with prejudice all claims that have been asserted against Defendants in Plaintiff's Complaint and for such other, further and different relief as to the Court seems just and proper.

Dated: August 9, 2012

          BLANK ROME LLP
          Attorneys for Defendants,
          M/V AMBASSADOR and MARBULK
          CANADA INC.

          By: **/s/Richard V. Singleton**
                Richard V. Singleton
                Blank Rome LLP
                405 Lexington Avenue
                New York, NY  10174
                (212) 885-5166
                (917) 332-3734
                rsingleton@blankrome.com

To:    Michael E. Stern, Esq.
        Rubin, Fiorella & Friedman LLP
        292 Madison Avenue
        New York, NY 10017

        *Attorneys for Plaintiff*

134508.00601/7154286v.1