# MEMO ENDORSED

# RUBIN, FIORELLA & FRIEDMAN LLP

ATTORNEYS AT LAW
630 THIRD AVENUE, 3RD FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 953-2381
FACSIMILE: (212) 953-2462

WRITER'S DIRECT DIAL: (212) 447-4615
E-MAIL: mstern@rubinfiorella.com

September 4, 2012

**MEMO ENDORSED**



*By Facsimile (212) 805-7927*

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl St., Courtroom 21A
New York, NY 10007-1312

Re: Optical Communications Group, Inc. v. M/V AMBASSADOR
Docket No. 11 Civ. 4439 (NRB)
Our File No.: 727-15438

**MEMO ENDORSED**

Dear Judge Buchwald:

We represent plaintiff Optical Communications Group in the captioned matter. We write with the consent of counsel for defendants to advise the Court that defendants have agreed to extend the time for plaintiff to respond to defendants' motion for summary judgment from September 10 until September 14, 2012. Defendants will have a corresponding extension of time to respond.

Respectfully,

Michael E. Stern

So Ordered.

Naomi Reice Buchwald
USDJ
9/5/12

MES:bl

cc: Richard Singleton, Esq.