UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
OPTICAL COMMUNICATIONS GROUP, INC.,            Case No. 11-cv-04439-NRB

                                Plaintiff,            DECLARATION OF
                                                         MICHAEL S. STERN
      -against-

M/V AMBASSADOR, its engines, boilers, furniture,
tackle, apparel, etc., *in rem* and MARBULK
CANADA, INC., *in personam*,
                                Defendants.
-------------------------------------------------------------x

       Michael S. Stern, declares:

    1.    I am a member of Rubin, Fiorella & Friedman LLP the attorneys for plaintiff Optical Communications Group, Inc., and am a member of the bar of this Court. The Declaration is made upon my own personal knowledge and upon information contained in our files maintained by the office. The following Exhibits, true and complete copies, are submitted in support of plaintiff's opposition papers:

| | | |
|---|---|---|
| | Exhibit 1 | Rule 56(d) Declaration of Michael E. Stern and exhibits |
| | Exhibit 2 | E-mails between Counsel dated February 3 and 10, 2011 |
| | Exhibit 3 | NOAA Publication "Differential GPS & Your Chart" |
| | Exhibit 4 | The New Jersey Maritime Pilot & Docking Pilot Commission Report of Marine Occurrence |
| | Exhibit 5 | Excerpts from Coast Pilot for New York Harbor |
| | Exhibit 6 | Excerpt from Defendant's Memorandum of Law in Opposition to Plaintiff's Rule 56 (d) Application |

| | |
|---|---|
| Exhibit 7 | International Hydrographic Organization Regulations B-440 pp.8-9 |
| Exhibit 8 | Correspondence between Counsel dated August 15, 2012 |
| Exhibit 9 | Answers to Interrogatories |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 21, 2012

_____
Michael Stern