**MEMO ENDORSED**

**BLANK ROME** LLP
COUNSELORS AT LAW

Phone:  (212) 885-5166
Fax:    (917) 332-3734
Email:  RSingleton@BlankRome.com

**MEMO ENDORSED**

September 27, 2012



RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
SEP 27 2012
UNITED STATES COURT JUDGE

**BY FACSIMILE – (212) 805-7927**

The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl St., Courtroom 21A
New York, NY 10007-1312

    Re:    *Optical Communications Group, Inc. v. M/V AMBASSADOR, et al.*
            Docket No. 11 Civ. 4439 (NRB)
            Our Reference No. 134508-00601

Dear Judge Buchwald:

**MEMO ENDORSED**

    Due to my schedule which requires me to be out of the country from September 29 to October 10 and from October 19 to October 30, I have asked Plaintiff to agree to extend the date for submission of Marbulk's Reply of papers to November 9. He has consented. We therefore respectfully request the Court amend the schedule accordingly.

So Ordered.

                                Respectfully,

                                Richard V. Singleton

*[signed]* 9/28/12

RVS/nmc
cc:    Michael E. Stern, Esq. (via e-mail)
       James Mercante, Esq. (via e-mail)