**MEMO ENDORSED**





USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2012

**MEMO ENDORSED**

Phone:   (212) 885-5166
Fax:     (917) 332-3734
Email:   RSingleton@BlankRome.com

November 8, 2012

**BY FACSIMILE – (212) 805-7927**

The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl St., Courtroom 21A
New York, NY 10007-1312



RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
NOV - 8 2012
UNITED STATES COURT JUDGE

Re:   *Optical Communications Group, Inc. v. M/V AMBASSADOR, et al.*
      Docket No. 11 Civ. 4439 (NRB)
      Our Reference No. 134508-00601

Dear Judge Buchwald:

**MEMO ENDORSED**

We represent the Defendants in this matter. The extended date for Defendants' to serve their Reply in connection with Defendants' motion for summary judgment is November 9. Due to the problems caused by Hurricane Sandy, which among other things delayed my return from Asia, disrupted my ability to come to the office after I did return, and left my home without power, heat, phone or internet (still the case), it is not possible for us to meet that deadline. We therefore request that the Court extend the deadline for Defendants' Reply one week to November 16. We yesterday requested the consent of opposing counsel, but as of this writing he has not responded to that request.

We also request that the Court extend the page limit for Defendants' Reply to 20 pages. This is necessary to respond to the numerous factual allegations for which there is no support in the record, to address the impropriety of Plaintiff's Counter Statement of Facts, and to address Plaintiff's reliance on expert witnesses to establish "facts" to oppose the summary judgment motion.

*[Handwritten endorsement: Applications granted. Reply due next week.  [signature]  11/9/12]*

134508.00601/7180041v.1

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

Boca Raton • Cincinnati • Hong Kong • Houston • Los Angeles • New York • Philadelphia • Princeton • Shanghai • Washington • Wilmington



BLANK ROME LLP
COUNSELORS AT LAW

The Honorable Naomi Reice Buchwald
November 8, 2012
Page 2

We look forward to the Court's favorable treatment of this application.

Respectfully,

Richard V. Singleton

RVS/nmc
cc:  Michael E. Stern, Esq. (via e-mail)
     James Mercante, Esq. (via e-mail)

134508.00601/7180041v.1