USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
OPTICAL COMMUNICATIONS GROUP, INC.,
                              Plaintiff,

                  -against-

M/V AMBASSADOR, its engines, boilers,
furniture, tackle apparel, etc., in rem and
MARBULK CANADA, INC., in personam,

                              Defendants.
-----------------------------------------------------------X

11 CIVIL 4439 (NRB)

**JUDGMENT**

Defendants having moved for summary judgment pursuant to Fed. R. Civ. P. 56 and an award of sanctions pursuant to pursuant to Rule 11(b) and/or 28 U.S.C. § 1927 ("Section 1927") of the Fed. R. Civ. P., and the matter having come before the Honorable Naomi Reice Buchwald, United States District Judge, and the Court, on March 28, 2013, having rendered its Memorandum and Order granting defendants' motion for summary judgment and denying their motion for sanctions, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 28, 2013, defendants' motion for summary judgment is granted and their motion for sanctions is denied.

**Dated:** New York, New York
          March 29, 2013

                                                       **RUBY J. KRAJICK**
                                                         Clerk of Court
                                      BY:
                                                         Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____